Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 20 PM 5:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

JOHN ESPINOZA, an individual

vs

CITY OF IMPERIAL, a public entity; and DOES 1 through 50, inclusive

**SUMMONS IN A CIVIL ACTION**

Case 07 CV 2218 LAB (RBB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

VINCENT J. TIEN
LAW OFFICES OF VINCENT J. TIEN
17291 IRVINE BOULEVARD, SUITE 150
TUSTIN, CALIFORNIA 92780

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 20 2007
DATE

C. PUTTMANN
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)