Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 14 PM 4: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: P.D.V. DEPUTY

| | |
|---|---|
| JOHN ESPINOZA, an Individual,<br><br>vs<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1 THROUGH 50, inclusive, | FIRST AMENDED<br>SUMMONS IN A CIVIL ACTION<br>Case No. 07CV2218 LAB (RBB) |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

VINCENT J. TIEN
LAW OFFICES OF VINCENT J. TIEN
17291 IRVINE BOULEVARD, SUITE 150
TUSTIN, CALIFORNIA 92780

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAR 1 4 2008

W. Samuel Hamrick, Jr.
CLERK
P. DELACRUZ

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)