| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Vincent J. Tien Law Office Sbn 232828<br>17291 Irvine Blvd Ste 150<br>Tustin    CA    92780<br>ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
ESPINOZA V. CITY OF IMPERIAL

| 1336873 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2218LABRBB |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ESPINOZA |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:

   SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
   CIVIL COVER SHEET

3. A. PARTY SERVED:    CITY OF IMPERIAL

   B. PERSON SERVED:   JANET VEGA, PERSON AUTHORIZED TO RECEIVE
                       HISPANIC FEMALE 29YRS 5'5" 130LBS. BLACK HAIR

4. C. ADDRESS:    420 Imperial Ave
                  Imperial              CA         92251

5. I SERVED THE PARTY NAMED IN ITEM 2

   A. BY PERSONALLY DELIVERING THE COPIES
      ON    3/19/2008    AT    8:45:00 AM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
      CITY OF IMPERIAL

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : PUBLIC ENTITY CCP 416.50

7a. Person Serving:    Javier    Jorge

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $75.00
e. I am:
   (1)       not a registered California process server:
   (3)  X    registered California process server:
       (i)  Employee
       (i)  Registration No:                           959
       (i)  County:    SAN DIEGO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    X

3/27/2008    Javier    Jorge                                SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)