| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Vincent J. Tien Law Office Sbn 232828 17291 Irvine Blvd Ste 150 Tustin   CA   92780 | | |
| ATTORNEY FOR (Name)   Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE ESPINOZA V. CITY OF IMPERIAL | | |
| 1336871   (HEARING) Date   Time   Dept | Case Number: 07CV2218LABRBB REFERENCE NO. ESPINOZA | |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:.
    SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
    CIVIL COVER SHEET

3. A PARTY SERVED:   MIGUEL COLON, An Individual

4.. ADDRESS:   420 Imperial Ave
                Imperial   CA   92251
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
    ON   3/19/2008   AT   8:45:00 AM
    (b) BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
        JANET VEGA, EMPLOYEE
        HISPANIC FEMALE 29YRS 5'5" 130LBS. BLACK HAIR
    (1)(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
    (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
    (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
    A. . AN INDIVIDUAL DEFENDANT   MIGUEL COLON, An Individual

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.20

7a. Person Serving:   Javier   Jorge

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $155.00
e. I am:
    (1)       not a registered California process server:
    (3) X    registered California process server:
        (i) Employee
        (i) Registration No:   959
        (i) County:   SAN DIEGO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/27/2008   Javier   Jorge

X _____ SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Vincent J. Tien Law Office Sbn 232828<br>17291 Irvine Blvd Ste 150<br>Tustin          CA          92780<br>ATTORNEY FOR (Name   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**ESPINOZA V. CITY OF IMPERIAL**

| 1336871 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2218LABRBB |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ESPINOZA |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: MIGUEL COLON, An Individual

DOCUMENTS RECEIVED:

SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
CIVIL COVER SHEET

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY

BUSINESS          420 Imperial Ave
                  Imperial          CA          92251

03/17/08  09:10 AM LOCATION IS A BUSINESS.
SUBJECT NOT IN.
03/17/08  04:45 PM LOCATION IS A BUSINESS
SUBJECT NOT IN.
03/18/08  02:15 PM LOCATION IS A BUSINESS
SUBJECT NOT IN.
03/19/08  08:45 AM SUBJECT NOT IN,
SUB-SERVED PERSON APPARENTLY IN CHARGE
JANET VEGA HISPANIC FEMALE 29YRS 5'5"
130LBS. BLACK HAIR

7a. Person Serving:     Javier     Jorge

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was     $155.00
e. I am:
(1)          not a registered California process server:
(3) X       registered California process server:
    (i) Employee
    (i) Registration No.                                    959
    (i) County:   SAN DIEGO

8. I declare under the penalty of perjury under the laws of the State of California that the X
foregoing is true and correct.

3/27/2008   Javier   Jorge

SIGNATURE

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Vincent J. Tien Law Office Sbn 232828<br>17291 Irvine Blvd Ste 150<br>Tustin    CA    92780 | | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
ESPINOZA V. CITY OF IMPERIAL

| 1336871 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2218LABRBB |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ESPINOZA |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   3/19/08

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
CIVIL COVER SHEET

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

MIGUEL COLON, An Individual

420 Imperial Ave
Imperial    CA    92251

DECLARANT: Cassandra.Rogers

d. The fee for service was    $155.00
e. I am:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

(1) X  not a registered California process server:
(3)    registered California process server:
   (i) Employee
   (i) Registration No: 434
   (i) County:  Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/27/2008    Cassandra.Rogers     X    _____
                                        SIGNATURE

## PROOF OF SERVICE