| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Vincent J. Tien Law Office Sbn 232828<br>17291 Irvine Blvd Ste 150<br>Tustin       CA       92780 | | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
ESPINOZA V. CITY OF IMPERIAL

| 1336840 | (HEARING) Date | Time | Dept | Case Number:<br>07CV2218 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ESPINOZA |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:

   SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT CIVIL COVER SHEET

3. A. PARTY SERVED:    Ira Grossman, An Individual

   CAUCASIAN MALE 50YRS 6'3" 190LBS. GRAY HAIR
   B. PERSON SERVED: PARTY IN ITEM 3A

4. C. ADDRESS:    4550 Kearny Villa Rd Ste 214
   San Diego      CA      92123

5. I SERVED THE PARTY IN 3 A
   ON    3/17/2008    AT   1:31:00 PM
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   A. ON BEHALF OF: AS AN INDIVIDUAL DEFENDANT
   Ira Grossman, An Individual

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CCP 415.10

7a. Person Serving:    Javier    Jorge
b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626
c. (714) 662-5555

d. The fee for service was    $95.90
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Employee
(i) Registration No:    959
(i) County:   SAN DIEGO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/27/2008    Javier    Jorge                              X /s/ Signature
                                                              SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)