Susan L. Oliver (SBN# 160902)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2218 LAB (RBB)<br><br>**DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE**<br><br>Date:     June 2, 2008<br>Time:    11:15 a.m.<br>Judge:   Hon. Larry A. Burns<br>Ctrm:    9 |

[ORAL ARGUMENT REQUESTED]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2008, at 11:15 a.m., before the Honorable Larry A. Burns, Courtroom 9, United States District Courthouse, 940 Front Street, San Diego, California, Defendant Ira Grossman will and hereby does move to strike the Complaint filed by Plaintiff John Espinoza, pursuant to the California Anti-SLAPP Statute.

This Motion is based upon Section 425.16 of the California Code of Civil Procedure, and is brought on the grounds that:

1. Ira Grossman's Free Speech rights are implicated by Plaintiff's Complaint; and
2. Plaintiff cannot establish that there is a reasonable probability that he will prevail on his claims against Ira Grossman.

     This Motion is also based on the Memorandum of Points and Authorities and the Declaration of Susan L. Oliver filed concurrently herewith, the Request for Judicial Notice filed herewith, the pleadings and records on file herein and on any additional evidence, argument or authorities that may be presented at the hearing on this Motion.

Dated: April 7, 2008

WHITE, OLIVER & AMUNDSON

By: s:/Susan L. Oliver
    Susan L. Oliver
    Attorneys for Defendant Ira Grossman