Susan L. Oliver (SBN# 160902)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual, | CASE NO. 07 CV 2218 LAB (RBB) |
| Plaintiff, | **DECLARATION OF SUSAN L. OLIVER IN SUPPORT DEFENDANT GROSSMAN'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE** |
| v. | |
| CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive, | |
| Defendants. | Date: June 2, 2008<br>Time: 11:15 a.m.<br>Judge: Hon. Larry A. Burns<br>Ctrm: 9 |

[ORAL ARGUMENT REQUESTED]

I, Susan L. Oliver, declare:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, and am licensed to practice before the United States District Court, Southern District of California. I am a partner with the law firm of White & Oliver & Amundson, A.P.C., attorneys of record for Defendant Ira Grossman. I have personal knowledge of the contents of this declaration and if called upon I could and would competently testify thereto.

2. The factual information necessary for this Court to make a ruling on Defendant Ira Grossman's Motion to Strike Plaintiff's Complaint pursuant to California's Anti-SLAPP Statute is contained within Plaintiff's Complaint on file herein. The admissions of Plaintiff's Complaint

demonstrate the applicability of the Anti-SLAPP Statute (California Code of Civil Procedure Section 425.16), and the application of law to the facts set forth demonstrate that Plaintiff cannot show that there is a probability that he will prevail on his claims against Ira Grossman.

3. Ira Grossman has requested that the Court take judicial notice of Plaintiff's Complaint on file herein, as set forth in his Request for Judicial Notice filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 7th day of April, 2008, at San Diego, California.

s/:Susan L. Oliver
Susan L. Oliver