Susan L. Oliver (SBN# 160902)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. 07 CV 2218 LAB (RBB) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IRA GROSSMAN'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE** <br><br> Date:  June 2, 2008 <br> Time:  11:15 a.m. <br> Judge: Hon. Larry A. Burns <br> Ctrm:  9 <br><br> [ORAL ARGUMENT REQUESTED] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Defendant Ira Grossman hereby requests that the Court take Judicial Notice pursuant to Federal Rules of Evidence, Rule 201, in ruling on this Motion, of the following files and records:

1. Plaintiff's First Amended Complaint.

Dated: April 7, 2008              WHITE, OLIVER & AMUNDSON


                                  By: s:/Susan L. Oliver
                                       Susan L. Oliver
                                       Attorneys for Ira Grossman       .

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT Case No. 07 CV 2218 LAB (RBB)