1  Susan L. Oliver (SBN# 160902)
   **WHITE, OLIVER & AMUNDSON**
2  A Professional Corporation
   550 West C Street, Suite 950
3  San Diego, California 92101
   Telephone: (619) 239-0300
4  Facsimile: (619) 239-0344

5  Attorneys for Defendant Ira Grossman

6

7

8
                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11 JOHN ESPINOZA, an individual,           )  CASE NO. 07 CV 2218 LAB (RBB)
                                           )
12                                         )  **CERTIFICATE OF SERVICE**
                Plaintiff,                 )
13                                         )
   v.                                      )  Date:    June 2, 2008
14                                         )  Time:    11:15 a.m.
                                           )  Judge:   Hon. Larry A. Burns
15 CITY OF IMPERIAL, a public entity; MIGUEL)  Ctrm:    9
   COLON, an individual; IRA GROSSMAN, an  )
16 individual; and DOES 1-50, inclusive,   )
                                           )
17              Defendants.                )
                                           )
18 _____

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

# CERTIFICATE OF SERVICE

(F.R.P.C. Rule 5)

I, Paula M. Taglienti, declare as follows:

I, the undersigned, declare that I am employed with the law firm of WHITE, OLIVER & AMUNDSON, 550 West "C" Street, Suite 950, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On April 7, 2008, I served the following document(s):

**DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT IRA GROSSMAN'S ANTI-SLAPP MOTION TO STRIKE PLAINTIFF'S COMPLAINT [C.C.P. § 425.16]**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE;**

**DECLARATION OF SUSAN L. OLIVER IN SUPPORT DEFENDANT GROSSMAN'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE**

on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

☒   (BY MAIL) F.R.C.P. Rule 5(b)(2)(B): I placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐   (BY PERSONAL SERVICE) I caused the documents(s) listed above to be picked up by our attorney service, First Legal Support, on February 19, 2008 from our office and delivered to the addressee(s) set forth in the attached Service List on February 19, 2008.

☒   (BY ELECTRONIC FILING) I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☒   (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(D): At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding. I transmitted the above-referenced documents by facsimile machine and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this certification.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 7th day of April, 2008, at San Diego, California.

                                        s/ Paula M. Taglienti
                                        Paula M. Taglienti

*John Espinoza v. Ira Grossman, et al.*
USDC, Southern District of California Case No.: 07-CV-2218 LAB (RBB)

## SERVICE LIST

| | |
|---|---|
| Vincent J. Thien, Esq. (SBN 232828)<br>LAW OFFICES OF VINCENT J. TIEN<br>17291 Irvine Boulevard, Suite 150<br>Tustin, CA 92780<br>Telephone: (714) 544-8436<br>Facsimile: (714) 544-4337 | Attorney for Plaintiff |
| Jeffrey P. Thompson, Esq. (SBN 136713)<br>DECLUES, BURKETT & THOMPSON, LLP<br>17011 Beach Boulevard, #400<br>Huntington Beach, CA 92647-5995<br>Telephone: (714) 843-9444<br>Facsimile: (714) 843-9452<br>jthompson@dbtlaw.com | Attorneys for Defendants<br>CITY OF IMPERIAL and<br>MIGUEL COLON |