1  Susan L. Oliver (SBN# 160902)
   **WHITE, OLIVER & AMUNDSON**
2  A Professional Corporation
   550 West C Street, Suite 950
3  San Diego, California 92101
   Telephone: (619) 239-0300
4  Facsimile: (619) 239-0344

5  Attorneys for Defendant Ira Grossman

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual, | CASE NO. 07 CV 2218 LAB (RBB) |
| Plaintiff, | **DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive, | Date: June 2, 2008<br>Time: 11:15 a.m.<br>Judge: Hon. Larry A. Burns<br>Ctrm: 9 |
| Defendants. | [ORAL ARGUMENT REQUESTED] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2008, at 11:15 a.m., or soon thereafter this matter may be heard by the Honorable Larry A. Burns, in Courtroom 9, United States District Courthouse, 940 Front Street, San Diego, California. Defendant Ira Grossman will and does hereby move, pursuant to Rule 12(b)(6), of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint on the following grounds:

1. Each and every of Plaintiff's claims as against Ira Grossman are barred by the application of statutory privileges codified at California Civil Code 47(b), and 47(c); and

2. Plaintiff's claims for invasion of privacy and intentional infliction of emotional distress do not state facts sufficient to state a claim against Ira Grossman.

///

1  This Motion will be based on this Notice, the attached Memorandum of Points and Authorities, Ira Grossman's Request to Take Judicial Notice, all of the pleadings, papers, and records on file herein, and upon such argument and further evidence may be presented to the Court at the hearing on this Motion.

Dated: April 7, 2008

                  WHITE, OLIVER & AMUNDSON

                  By: s:/Susan L. Oliver
                      Susan L. Oliver
                      Attorneys for Defendant Ira Grossman