1 | Susan L. Oliver (SBN# 160902)
**WHITE, OLIVER & AMUNDSON**
2 | A Professional Corporation
550 West C Street, Suite 950
3 | San Diego, California 92101
Telephone: (619) 239-0300
4 | Facsimile: (619) 239-0344

5 | Attorneys for Defendant Ira Grossman

6

7

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11 | JOHN ESPINOZA, an individual,                    )    CASE NO.  07 CV 2218 LAB (RBB)
                                                    )
12 |                                                 )    **CERTIFICATE OF SERVICE**
                    Plaintiff,                       )
13 |                                                 )
     v.                                             )    **Date:**       **June 2, 2008**
14 |                                                 )    **Time:**       **11:15 a.m.**
                                                    )    **Judge:**      **Hon. Larry A. Burns**
15 | CITY OF IMPERIAL,  a public entity; MIGUEL )    **Ctrm:**       **9**
     COLON, an individual; IRA GROSSMAN, an )
16 | individual; and DOES 1-50, inclusive,          )
                                                    )
17 |                    Defendants.                  )
                                                    )
18 | ——————————————————————— )

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

# CERTIFICATE OF SERVICE

## (F.R.P.C. Rule 5)

I, Paula M. Taglienti, declare as follows:

I, the undersigned, declare that I am employed with the law firm of WHITE, OLIVER & AMUNDSON, 550 West "C" Street, Suite 950, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On April 7, 2008, I served the following document(s):

**DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT;**

**DEFENDANT IRA GROSSMAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT;**

on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

☒ (BY MAIL) F.R.C.P. Rule 5(b)(2)(B): I placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐ (BY PERSONAL SERVICE) I caused the documents(s) listed above to be picked up by our attorney service, First Legal Support, on February 19, 2008 from our office and delivered to the addressee(s) set forth in the attached Service List on February 19, 2008.

☒ (BY ELECTRONIC FILING) I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☒ (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(D): At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding. I transmitted the above-referenced documents by facsimile machine and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this certification.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

///

///

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct, and that this declaration was executed this 7th day of April, 2008, at San

3  Diego, California.

4

5                                   s/ Paula M. Taglienti
                                    Paula M. Taglienti
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*John Espinoza v. Ira Grossman, et al.*
USDC, Southern District of California Case No.: 07-CV-2218 LAB (RBB)

## SERVICE LIST

Vincent J. Thien, Esq. (SBN 232828)          Attorney for Plaintiff
LAW OFFICES OF VINCENT J. TIEN
17291 Irvine Boulevard, Suite 150
Tustin, CA 92780
Telephone: (714) 544-8436
Facsimile: (714) 544-4337

Jeffrey P. Thompson, Esq. (SBN 136713)         Attorneys for Defendants
DECLUES, BURKETT & THOMPSON, LLP               CITY OF IMPERIAL and
17011 Beach Boulevard, #400                    MIGUEL COLON
Huntington Beach, CA 92647-5995
Telephone: (714) 843-9444
Facsimile: (714) 843-9452
jthompson@dbtlaw.com