1  **DECLUES, BURKETT & THOMPSON, LLP**    EXEMPT FROM FEES PER: <u>GOVERNMENT CODE</u> SECTION 6103
   **Attorneys at Law**
2  JEFFREY P. THOMPSON, Esq. (State Bar No. 136713)
   JENNIFER K. BERNEKING, Esq. (State Bar No. 167172)
3  17011 Beach Blvd., Ste. 400
   Huntington Beach, CA 92647-7455
4  Phone: (714) 843-9444
   Fax: (714) 843-9452
5  e-mail address: jthompson@dbtlaw.com

6  Attorneys for Defendants, **CITY OF IMPERIAL** (a public entity) and
   **MIGUEL COLON** (employee of a public entity)
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN ESPINOZA, an individual,              ) CASE NO.: 07CV2218 LAB (RBB)
12 |                                            )
   |     *Plaintiff*,                           ) *Complaint Filed: 11/20/07*
13 |                                            )
   |   vs.                                      ) *Judge Larry A. Burns*
14 |                                            ) *Courtroom 9*
   | CITY OF IMPERIAL, a public entity;         )
15 | MIGUEL COLON, an individual; IRA           ) **DEFENDANT CITY OF IMPERIAL**
   | GROSSMAN, an individual; and DOES          ) **AND MIGUEL COLON'S NOTICE OF**
16 | 1 THROUGH 50, inclusive,                   ) **INTERESTED PARTIES**
   |                                            )
17 |     *Defendants.*                          )

18      **TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS**
19 **OF RECORD:**
20      The undersigned counsel of record for defendants CITY OF IMPERIAL and
21 MIGUEL COLON certifies that the following listed parties have a direct, pecuniary
22 interest in the outcome of this case. These representations are made to enable the Court to
23 evaluate possible disqualification or recusal.
24      1.   City of Imperial;
25      2.   John Espinoza;
26      3.   Miguel Colon;
27      4.   Ira Grossman; and
28 ///

         5.     California Joint Powers Insurance Authority.

Dated: April 7, 2008                    **DECLUES, BURKETT & THOMPSON, LLP**

                                        BY: _____
                                             JEFFREY P. THOMPSON, Esq.
                                             JENNIFER K. BERNEKING, Esq.
                                        Attorneys for Defendants, **CITY OF IMPERIAL**, (a public entity) and **MIGUEL COLON** (employee of a public entity)

# PROOF OF SERVICE
## (C.C.P. section 1013a(3))

STATE OF CALIFORNIA ) 
) SS.
COUNTY OF ORANGE )

I am over the age of 18 and I am not a party to the within action. I am employed by **DECLUES, BURKETT & THOMPSON, LLP,** in the County of Orange, at 17011 Beach Blvd., Ste. 400, Huntington Beach, California, 92647-5995.

On **April 8, 2008**, I served the attached: **DEFENDANT CITY OF IMPERIAL AND MIGUEL COLON'S NOTICE OF INTERESTED PARTIES**

On the interested parties in this action by:

XXX Placing true copies thereof in sealed envelopes, addressed as described below.

Vincent J. Tien
Law Offices of Vincent J. Tien
17291 Irvine Blvd., Suite 150
Tustin, CA 92780

White, Oliver & Amundson
550 West C Street, Suite 950
San Diego, CA 92101
(619) 239-0300

XXX BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Huntington Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

BY PERSONAL SERVICE: I caused such an envelope to be delivered by hand to the offices of the addressees.

BY FEDERAL EXPRESS (Receipt/Airbill No.: _____)

BY FACSIMILE TRANSMISSION: From FAX NO. (714) 843-9452 to FAX No.: _____ at or about Time, directed to Name. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

XXX FEDERAL: I declare I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on **April 8, 2008**, at Huntington Beach, California.

_____
Carolyn Rodriguez

3

CASE NO. 07CV2218 LAB (RBB)