Daniel M. White (SBN 68011)
Susan L. Oliver (SBN 160902)
Mina Miserlis (SBN 194068)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual, | CASE NO. 07 CV 2218 LAB (RBB) |
| Plaintiff, | *Complaint Filed: 11/20/07* |
| v. | *Judge Larry A. Burns*<br>*Courtroom 9* |
| CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive, | **DEFENDANT IRA GROSSMAN'S NOTICE OF INTERESTED PARTIES** |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The undersigned counsel of record for defendant Ira Grossman certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Ira Grossman;

2. Darwin Professional Underwriters insurance company.

Dated: April 8, 2008                    WHITE, OLIVER & AMUNDSON


                                        By: s:/Susan L. Oliver
                                            Susan L. Oliver
                                            Attorneys for Defendant Ira Grossman

NOTICE OF INTERESTED PARTIES       Case No. 07 CV 2218 LAB (RBB)

*John Espinoza v. Ira Grossman, et al.*
USDC, Southern District of California Case No.: 07-CV-2218 LAB (RBB)

### CERTIFICATE OF SERVICE

(F.R.P.C. Rule 5)

I, Paula M. Taglienti, declare as follows:

I, the undersigned, declare that I am employed with the law firm of WHITE, OLIVER & AMUNDSON, 550 West "C" Street, Suite 950, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On April 8, 2008, I served the following document(s):

**DEFENDANT IRA GROSSMAN'S NOTICE OF INTERESTED PARTIES**

on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) F.R.C.P. Rule 5(b)(2)(B): I placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐ (BY PERSONAL SERVICE) I caused the documents(s) listed above to be picked up by our attorney service, First Legal Support, on February 19, 2008 from our office and delivered to the addressee(s) set forth in the attached Service List on February 19, 2008.

☒ (BY ELECTRONIC FILING) I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☐ (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(D): At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding. I transmitted the above-referenced documents by facsimile machine and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this certification.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 8th day of April, 2008, at San Diego, California.

s/ Paula M. Taglienti
Paula M. Taglienti

*John Espinoza v. Ira Grossman, et al.*
USDC, Southern District of California Case No.: 07-CV-2218 LAB (RBB)

**SERVICE LIST**

| | |
|---|---|
| Vincent J. Thien, Esq. (SBN 232828)<br>LAW OFFICES OF VINCENT J. TIEN<br>17291 Irvine Boulevard, Suite 150<br>Tustin, CA 92780<br>Telephone: (714) 544-8436<br>Facsimile: (714) 544-4337 | Attorney for Plaintiff |
| Jeffrey P. Thompson, Esq. (SBN 136713)<br>DECLUES, BURKETT & THOMPSON, LLP<br>17011 Beach Boulevard, #400<br>Huntington Beach, CA 92647-5995<br>Telephone: (714) 843-9444<br>Facsimile: (714) 843-9452<br>jthompson@dbtlaw.com | Attorneys for Defendants<br>CITY OF IMPERIAL and<br>MIGUEL COLON |