### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Espinoza v. City of Imperial      <u>Case No</u>: 07cv2218-LAB (RBB)

<u>HON.</u> Larry A. Burns      <u>CT. DEPUTY</u> (n/a)      <u>Rptr.</u> (n/a)

<u>Present</u>

<u>Plaintiff(s)</u>:      No appearance.

<u>Defendant(s)</u>:      No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in defendants' four pending motions to dismiss the First Amended Complaint or to strike portions of the First Amended Complaint in this employment discrimination and ADA action (Dkt Nos 8, 10, 11, and 12) appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for June 2, 2008 is **off-calendar**, and the matters are under submission.

DATED: May 27, 2008      INITIALS: <u>RLW</u> Law Clerk