Susan L. Oliver (SBN 160902)
Mina Miserlis (SBN 194068)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2218 LAB (RBB)<br><br>**DEFENDANT IRA GROSSMAN'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AS PREVAILING PARTY ON ANTI-SLAPP MOTION**<br><br>Date:  August 18, 2008<br>Time:  11:15 a.m.<br>Judge: Hon. Larry A. Burns<br>Ctrm:  9 |

[ORAL ARGUMENT REQUESTED]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2008, at 11:15 a.m., before the Honorable Larry A. Burns, Courtroom 9, United States District Courthouse, 940 Front Street, San Diego, California, Defendant Ira Grossman will and hereby does move for an award of attorney's fees as the prevailing party on an Anti-SLAPP motion, against both Plaintiff and his counsel, Vincent Tien, jointly and severally, in the amount of $33,660.00.

This Motion is based upon Section 425.16 of the California Code of Civil Procedure, and is brought on the grounds that Ira Grossman is the prevailing party on an Anti-SLAPP motion, and is therefore entitled to attorney's fees pursuant to Section 425.16(c).

1  This Motion is also based on the Memorandum of Points and Authorities and the Declaration of Susan L. Oliver filed concurrently herewith, the exhibits attached thereto, and the pleadings and records on file herein, and on any additional evidence, argument or authorities that may be presented at the hearing on this Motion.

Dated: July 2, 2008

WHITE, OLIVER & AMUNDSON

By: s:/Susan L. Oliver
    Susan L. Oliver
    Attorneys for Defendant Ira Grossman