# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Espinoza v. City of Imperial        Case No: 07cv2218-LAB (RBB)

HON. Larry A. Burns        CT. DEPUTY (n/a)        Rptr. (n/a)

Present

Plaintiff(s):        No appearance.

Defendant(s):        No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in defendants Anti-SLAPP Motion appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for July 14, 2008 is **off-calendar**, and the matter is under submission.


DATED: July 8, 2008        INITIALS: RLW Law Clerk