## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Espinoza v. City of Imperial          <u>Case No</u>: 07cv2218-LAB (RBB)

<u>HON.</u> Larry A. Burns          CT. DEPUTY (n/a)          Rptr. (n/a)

<u>Present</u>

<u>Plaintiff(s)</u>:          No appearance.

<u>Defendant(s)</u>:          No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the Court finds the issues presented in defendant Ira Grossman's Motion For Attorneys' Fees As Prevailing Party On Anti-SLAPP Motion appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for August 18, 2008 is ***off-calendar***, and the matter is under submission. However, defense counsel shall deliver to the chambers of the Honorable Larry Alan Burns copies of the billing records associated with the claimed fees within ten (10) days for the Court's *in camera* review in connection with its attorneys' fees ruling.

DATED:  August 12, 2008                    INITIALS:  <u>RLW</u> Law Clerk