Susan L. Oliver (SBN 160902)
Mina Miserlis (SBN 194068)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 07 CV 2218 LAB (RBB)<br><br>**NOTICE OF LODGMENT OF PRIVILEGED AND CONFIDENTIAL DOCUMENTS FOR COURT'S IN CAMERA REVIEW**<br><br>Date: August 18, 2008<br>Time: 11:15 a.m.<br>Judge: Hon. Larry A. Burns<br>Ctrm: 9 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Minute Entry dated August 12, 2008, Defendant Ira Grossman hereby lodges in the Court's chambers the following documents for in camera review, and without waiving the attorney-client and attorney work product privileges, or any other privileges pertaining thereto:

1. White, Oliver & Amundson, A.P.C.'s Billing Statement as of April 30, 2008;
2. White, Oliver & Amundson, A.P.C.'s Billing Statement as of May 31, 2008;
3. White, Oliver & Amundson, A.P.C.'s Billing Statement as of June 30, 2008;
4. White, Oliver & Amundson, A.P.C.'s Billing Statement as of July 31, 2008;
5. White, Oliver & Amundson, A.P.C.'s Billing Statement as of August 12, 2008.

///

The subject billing records indicate time spent beyond the date of filing of Defendant Grossman's Motion for Attorney's Fees As Prevailing Party on Anti-SLAPP Motion. The Declaration of Susan L. Oliver in Support of the Motion sets forth anticipated additional fees of approximately $4,400 in the matter, including filing of reply papers. Although the amount spent exceeded this anticipated amount, Defendant will not seek more than the $33,660.00 requested in his Motion.

Dated: August 14, 2008                    WHITE, OLIVER & AMUNDSON


                                          By: s:/Susan L. Oliver
                                              Susan L. Oliver
                                              Attorneys for Ira Grossman