1 │ Susan L. Oliver (SBN# 160902)
  │ **WHITE, OLIVER & AMUNDSON**
2 │ A Professional Corporation
  │ 550 West C Street, Suite 950
3 │ San Diego, California 92101
  │ Telephone: (619) 239-0300
4 │ Facsimile: (619) 239-0344

5 │ Attorneys for Defendant Ira Grossman

6

7

8

9 │                    **UNITED STATES DISTRICT COURT**

10 │                 **SOUTHERN DISTRICT OF CALIFORNIA**

11 │ JOHN ESPINOZA, an individual,          )    CASE NO. 07 CV 2218 LAB (RBB)
                                           )
12 │                                        )    **CERTIFICATE OF SERVICE**
   │                 Plaintiff,             )
13 │                                        )
   │ v.                                     )    **Date:**      **August 18, 2008**
14 │                                        )    **Time:**      **11:15 a.m.**
   │                                        )    **Judge:**     **Hon. Larry A. Burns**
15 │ CITY OF IMPERIAL, a public entity; MIGUEL )  **Ctrm:**     **9**
   │ COLON, an individual; IRA GROSSMAN, an )
16 │ individual; and DOES 1-50, inclusive,  )
                                           )
17 │                 Defendants.            )
                                           )
18 │ ─────────────────────────────────────

19 │ ///

20 │ ///

21 │ ///

22 │ ///

23 │ ///

24 │ ///

25 │ ///

26 │ ///

27 │ ///

28 │ ///

# CERTIFICATE OF SERVICE

## (F.R.P.C. Rule 5)

I, Nichole V. Quiroz, declare as follows:

I, the undersigned, declare that I am employed with the law firm of WHITE, OLIVER & AMUNDSON, 550 West "C" Street, Suite 950, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On August 14, 2008, I served the following document(s):

**NOTICE OF LODGMENT OF PRIVILEGED AND CONFIDENTIAL DOCUMENTS FOR COURT'S IN CAMERA REVIEW**

on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

☒    (BY MAIL) F.R.C.P. Rule 5(b)(2)(B): I placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐    (BY PERSONAL SERVICE) I caused the documents(s) listed above to be picked up by our attorney service, First Legal Support, on February 19, 2008 from our office and delivered to the addressee(s) set forth in the attached Service List on February 19, 2008.

☒    (BY ELECTRONIC FILING) I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☐    (BY FEDERAL EXPRESS) C.C.P. § 1013(c);I deposited such envelope in the overnight mail location located at 550 West "C" Street, San Diego, California 92101. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by overnight mail (Federal Express). Pursuant to this practice, correspondence would be deposited in the overnight mail location located at San Diego, CA, in the ordinary course of business on the date of this declaration.

☒    (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(D): At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding. I transmitted the above-referenced documents by facsimile machine and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this certification.

☐    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Case No.  07 CV 2218 LAB (RBB)

☒     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 114th day of August, 2008, at San Diego, California.

Nichole V. Quiroz

1   *John Espinoza v. Ira Grossman, et al.*
    USDC, Southern District of California Case No.: 07-CV-2218 LAB (RBB)

2

3                              **SERVICE LIST**

4   Vincent J. Thien, Esq. (SBN 232828)              Attorney for Plaintiff
    LAW OFFICES OF VINCENT J. TIEN
5   17291 Irvine Boulevard, Suite 150
    Tustin, CA 92780
6   Telephone: (714) 544-8436
    Facsimile: (714) 544-4337
7
    Jeffrey P. Thompson, Esq. (SBN 136713)           Attorneys for Defendants
8   DECLUES, BURKETT & THOMPSON, LLP                 CITY OF IMPERIAL and
    17011 Beach Boulevard, #400                      MIGUEL COLON
9   Huntington Beach, CA 92647-5995
    Telephone: (714) 843-9444
10  Facsimile: (714) 843-9452
    jthompson@dbtlaw.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28