Susan L. Oliver (SBN 160902)
Mina Miserlis (SBN 194068)
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant Ira Grossman

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 07 CV 2218 LAB (RBB)<br><br>**DECLARATION OF SUSAN L. OLIVER SUBMITTING THE DECLARATION OF RAUL CADENA IN SUPPORT OF IRA GROSSMAN'S MOTION FOR ATTORNEY'S FEES AS PREVAILING PARTY ON ANTI-SLAPP MOTION** [C.C.P. § 425.16]<br><br>Date: August 18, 2008<br>Time: 11:15 a.m.<br>Judge: Hon. Larry A. Burns<br>Ctrm: 9 |

1.   I am an attorney at law duly licensed to practice before all courts in the State of California, and am licensed to practice before the United States District Court, Southern District of California. I am a partner with the law firm of White, Oliver & Amundson, A.P.C., attorneys of record for Defendant Ira Grossman. I have personal knowledge of the contents of this declaration and if called upon I could and would competently testify thereto.

2.   On or about March 25, 2008, the law firm of Cadena Churchill was retained as personal counsel for Dr. Grossman, prior to the case being referred to the law firm of White, Oliver & Amundson.

///

3. During its representation of Dr. Grossman, the law firm of Cadena Churchill discussed with Plaintiff's counsel, Vincent Tien, the applicability of Civil Code section 47 and the Anti-SLAPP statutes to Plaintiff's claims. Mr. Cadena requested that Mr. Tien dismiss the lawsuit or alternatively grant him a brief extension of time to respond to Plaintiff's complaint. Mr. Tien refused both requests. Mr. Cadena then referred Dr. Grossman to my firm. Although we prepared the Anti-SLAPP motion and motion to dismiss, we reviewed and relied upon some of the initial work that was done by Mr. Cadena's office.

4. I am hereby submitting the Declaration of Raul Cadena in Support of Defendant Ira Grossman's Motion for Attorney Fees as Prevailing Party on Anti-SLAPP Motion, a true and correct copy of which is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 19th day of August, 2008, at San Diego, California.

s/:Susan L. Oliver
Susan L. Oliver

EXHIBIT A

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESPINOZA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, a public entity; MIGUEL COLON, an individual; IRA GROSSMAN, an individual; and DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 07 CV 2218 LAB (RBB)<br><br>DECLARATION OF RAUL CADENA IN SUPPORT OF DEFENDANT IRA GROSSMAN'S MOTION FOR ATTORNEY FEES AS PREVAILING PARTY ON ANTI-SLAPP MOTION<br><br>Judge: Hon. Larry Burns<br>Ctrm: 9 |

COMES NOW, declarant, RAUL CADENA, and declares as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and a partner of Cadena Churchill, LLP. I am licensed to practice before the United States District Court Southern District of California. I have personal knowledge of all matters stated herein, and if called as a witness could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

2. This Declaration is submitted in support of Plaintiff's motion for attorney's fees as prevailing party on the Anti-SLAPP motion.

///

///

3.   Our office was initially retained by Mr. Grossman on or about March 25, 2008, to evaluate this matter and to file a responsive pleading on his behalf which was due on or before April 7, 2008. When it became apparent that the Anti-SLAPP statute was applicable in this case, I telephoned Plaintiff's counsel, Vincent Tien, on or about April 2, 2008, and requested that he dismiss Mr. Grossman from the suit or in the alternative, grant a courtesy ten (10) day extension. I explained to Mr. Tien that I had a brief, pre-paid, family trip commencing April 4, 2008, with a return date to my office of April 9, 2008, which was after the due date for a response and that I would need some additional time to respond. I further explained to Mr. Tien the applicability of the Anti-SLAPP statute. After our conversation, and on the same date, I sent Mr. Tien a letter again requesting that he dismiss Mr. Grossman and that he grant an extension of ten (10) days. (Attached hereto as **Exhibit "1"** is a true and correct copy of the letter dated April 2, 2008.) Mr. Tien refused to grant an unconditional courtesy extension. (Attached hereto as **Exhibit "2"** is a true and correct copy of the letter dated April 3, 2008.) Accordingly, our firm immediately referred Mr. Grossman to the law firm of White, Oliver & Amundson for representation in this matter. At that time, we forwarded to the attorneys for White, Oliver & Amundson, the preliminary draft pleadings our office had prepared on the motion to dismiss. The need to refer this matter to another firm could have been avoided had Mr. Tien agreed to a simple, ten (10) day extension.

4.   I received a B.A. degree in Sociology from Harvard University in 1989. In 1988, I also studied the economy, society and politics of Spain at the Universidad Complutense in Madrid, Spain. I received my J.D. degree, from the University of California at Berkeley (Boalt Hall School of Law) in 1993. I was admitted to practice in California in 1996 and am also admitted to practice in Texas.

5.   After passing the bar in Texas, I practiced as an associate with the law firm of Brown McCarroll & Oaks Hartline in Austin, Texas. I practiced in the area of general civil litigation and employment law. The firm is headquartered in Austin and is the largest full service law firm in Austin, with branch offices throughout Texas.

///
///
///

6. I lateraled to the labor and employment law firm of Littler Mendelson in San Diego, California in 1996, became licensed in California and practiced management side employment law through approximately 1998. I next lateraled to the law firm of Sullivan, Hill, Lewin, Rez & Engel and worked with their trial team, taking no less than three employment cases to trial as second chair before founding the law firm of Cadena Churchill, LLP, approximately four (4) years ago.

7. I have given numerous speeches, presentations, and seminars on various employment-related topics. I have taught law related courses as an adjunct instructor at Southwestern College. I am an active member of various professional organizations and serve on some of their leadership boards. For example, I am a member of the Consumer Attorneys of San Diego, the San Diego County Bar Association, the California Employment Lawyers Association, the National Employment Lawyers Association and the Association of Trial Lawyers of America. I am currently a member of the Board of Directors of Consumer Attorneys of San Diego ("CASD") and I am the Column Editor for the Employment Law Column in Trial Bar News, a CASD publication. In addition to being a member of the Board of Directors for the National Conflict Resolution Center ("NCRC"), I am on their board governance committee and I also mediate workplace disputes for NCRC. I have worked in the area of employment law for no less than fifteen (15) years.

8. Cadena Churchill, LLP is a civil litigation firm handling complex cases with approximately eighty percent (80%) of our current cases being class actions relating to employment claims. The remaining approximate twenty percent (20%) of our case load constitutes insurance bad faith, breach of contract, and matters involving violations of the Consumer Legal Remedies Act.

9. I have personally acted as Co-Lead Counsel in numerous employment class actions over the past four (4) years. Those cases are as follows:

    a. <u>Rippee v. Boston Market Corporation</u>; USDC Case No. 05-CV-1359BTM (JMA), which settled in conjunction with <u>Barile v. Boston Market Corporation</u>, USDC Case No. 05-CV-1360BTM (JMA), settled for $3,500,000.00 and was an employment class action;

///
///
///

  b. <u>Quenaon, et al. v. Mobile Systems Wireless, et al.</u>; SDSC Case No. GIC847278, which settled for a cash fund of $500,000.00 on behalf of Managers, Assistant Managers and Sales Representatives was an employment class action; Because the company was struggling financially, a percentage of future profits was negotiated to be distributed to class members above and beyond the immediate cash fund;

  c. <u>Sanchez, et al. v. Harry Singh & Sons Farming Limited Partnership, et al.</u>; SDSC Case No. GIC872854, recently settled for $2,500,000.00 on behalf of farm workers picking tomatoes in San Diego County. Said case was a wage and hour case;

  d. <u>Franco, et al. v. Ecology Auto Parts, Inc. et al.</u>; Case No. GIC840600, an employment class action which has settled for $1,100,000.00 on behalf of all store clerks, security guards, and yard workers employed by Ecology Auto Parts, Inc. in San Diego County;

  e. <u>Estrada, et al. v. Punjab Farms & Samra Produce, Inc., et al.</u>; Case No. INC062669, an employment class action lawsuit currently pending alleging in Indio, California;

  f. <u>Mejia v. Einstein Bros. Bagels, Inc. et al.</u>; Case No. 37-2007-00078701-CU-OE-CTL, an employment class action lawsuit currently pending and alleging violations of California wage and hour laws; and

  g. <u>Rees v. Penske Automotive Group, Inc. et al.</u>; Case No. 37-2007-00082793-CU-OE-CTL, a class action lawsuit currently pending alleging violations of California wage and hour laws.

  10. In addition to the above-named cases, during the past four (4) years I, along with the other attorneys in our firm, have handled the following cases:

  a. Confidential insurance bad faith settlement against DOE Insurance Carrier in an amount of $1,750,000.00.

  b. Confidential personal injury settlement against DOE Insurance Carrier in an amount of $3,600,000.00.

///
///
///
///

11. My billing rate in this case was four hundred and twenty-five dollars per hour ($425.00). In 2007, in the employment class action case of <u>Sanchez, et al. v. Harry Singh & Sons Farming Limited Partnership, et al.</u>; SDSC Case No. GIC872854, the San Diego Superior Court awarded me an hourly rate of $425.00. My rate has since increased. However, for purposes of this case, I am requesting my previous hourly rate of four hundred and twenty-five dollars per hour. I am aware that attorneys who work in the area of employment law have rates that range between $350.00 and $550.00 per hour.

12. Colin Morris, who is a law clerk with our firm, is a law graduate of the University of San Diego School of Law, has passed the bar exam and is waiting to be licensed. Mr. Morris' hourly rate is $150.00. He spent a total of 17 hours researching applicable defenses and drafting the memorandum of points and authorities in support of the motion to dismiss.

13. Mr. Churchill, who is of counsel to our firm, has over 35 years of litigation experience on behalf of consumers in the area of insurance bad faith. His accomplishments as a trial lawyer are well known throughout California. Mr. Churchill is celebrated for his success as appellate counsel where he successfully defended favorable verdicts that have had a lasting, beneficial impact on consumers and their lawyers including <u>Brandt v. Superior Court</u>, 37 Cal. 3d 813 (1985), <u>Delos v. Farmers Insurance Exchange</u>, 93 Cal. App. 3d 642 (1979) and <u>Chu v. Canadian Indemnity</u>, 224 Cal. App. 3d 86 (1990). In 1975, the Consumer Attorneys of San Diego recognized him for his accomplishments by naming him as the Trial Lawyer of the Year.

14. Mr. Churchill has given speeches, presentations and seminars on topics related to insurance bad faith. Mr. Churchill actively supports consumer attorney organizations and has been a Member of the Board of Governors of Consumer Attorneys of California, Board Member and Vice-President of the San Diego County Bar Association, Board Member and President (1975) of the Consumer Attorneys of San Diego and a Member of the American Board of Trial Advocates. Mr. Churchill is currently a member of the San Diego County Bar Association, the Consumer Attorneys of San Diego, the California Association of Consumer Attorneys, the Association of Trial Lawyers of American and is an Advocate Emeritus of the American Board of Trial Advocates. In 1999, Mr. Churchill was selected to be the first member of the Consumer Attorneys of San Diego Trial Lawyer's Hall of Fame. Mr. Churchill's hourly rate is $450.00.

15. In total, our firm spent 24 hours on this matter for a total of $6,002.50 in attorney fees.

16. The following table is a summary of the attached time logs showing the time incurred through our firm and the value of such services.

| Name | Hours | Rate | Lodestar |
|---|---|---|---|
| Atty Raul Cadena | 4.10 | 425.00 | $1,742.50 |
| Atty Gordon Churchill | 3.80 | 450.00 | $1,710.00 |
| Colin Morris | 17.00 | 150.00 | $2,550.00 |
| TOTAL | 24.90 | | $6,002.50 |

17. A true and correct copy of my firm's time records, are attached hereto as **Exhibit "3"**.

18. Specifically, our office: (1) researched the law applicable to the Plaintiff's claims against Mr. Grossman and defenses available to Mr. Grossman; (2) prepared a draft of the motion to dismiss the Complaint; and (3) met and conferred with Plaintiff's counsel, Vincent Tien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 19, 2008, at San Diego, California.

RAUL CADENA

# EXHIBIT "1"

RAUL CADENA*
KRISTEN L. CHURCHILL

GORDON S. CHURCHILL,
OF COUNSEL

*Also admitted in Texas

**CADENA CHURCHILL, LLP**
ATTORNEYS AT LAW
1202 KETTNER BLVD., SUITE 4100
SAN DIEGO, CA 92101

TEL: 619.546.0888
FAX: 619.923.3208
rcadena@cadenachurchill.com

April 2, 2008

**VIA FACSIMILE ONLY: 714.544.4337**
Vincent J. Tien, Esq.
**Law Offices of Vincent J. Tien**
17291 Irvine Blvd Ste 150
Tustin, CA, 92780

Re:   **Espinoza v. City of Imperial, et al.**

Dear Mr. Tien:

We have been asked to represent the interests of Ira Grossman, PhD in the lawsuit filed by you on behalf of John Espinoza.

It clearly appears that Civil Code 47 precludes this lawsuit against Dr. Grossman. In addition, Mr. Espinoza signed two releases for release of information. Both of these releases are enclosed. Moreover, Dr. Grossman sent the evaluation to no one except the City of Imperial.

Furthermore, the anti-SLAPP statute applies, which will make you and your client liable for Dr. Grossman's attorney fees. Finally, pursuant to the requirements of FRCP 11, we are giving you an opportunity to dismiss Dr. Grossman from this lawsuit. If you do not do so, we will seek attorney fees as sanctions under Rule 11.

If and only if Dr. Grossman is dismissed by tomorrow, Thursday April 3, 2008, 5 PM, we will waive any claim for attorney fees incurred thus far in our research and evaluation of this matter.

///

///

Vincent J. Tien, Esq.
April 2, 2008
Page 2

Please respond by return FAX. If you do not agree to dismiss Dr. Grossman, we ask for a courtesy 10 day extension to respond to the lawsuit. If you grant the extension to respond, we will in turn grant a five day extension on the above deadline.

Should you have any questions, please feel free to contact our office.

Very truly yours,
CADENA CHURCHILL, LLP

Raul Cadena, Esq.
RC:dm
Encl.

# EXHIBIT "2"

LAW OFFICES OF
**VINCENT J. TIEN**
17291 Irvine Boulevard, Suite 150
Tustin, CA 92780

Telephone (714) 544-8436
Facsimile (714) 544-4337

April 3, 2008

SENT BY FACSIMILE AND U.S. MAIL
(619) 234-3641

Raul Cadena, Esq.
CADENA CHRUCHILL, LLP
1202 Kettner Blvd., Suite 4100
San Diego, CA 92101

>    Re: My Client: Plaintiff John Espinoza
>        Your Client: Defendant Ira Grossman
>        U.S. District Court No. 07CV02218 LAB (RBB)
>        Response Re: Meet and Confer, Your Motion to Dismiss

Dear Mr. Cadena:

This letter is in response to yours of April 2, 2008. You have asserted that Civil Code §47 precludes this lawsuit against your client. I respectfully disagree. Civil Code §47 generally provides a privilege for publications or broadcasts. However, the law does not protect the defamatory statements that your client is alleged to have made, in writing, to Officer Espinoza's employer (and supervisor). Please refer to the case of *Pettus v. Cole* (1996), 49 Cal.App.4th 402, 57 Cal.Rptr.2d 46.

The consent forms, likewise, will be unavailing to your client as a defense. Even assuming, for arguments sake, that your client's communications were privileged, and the consent forms valid, the privilege is abused if the defamation was carried out with malice (which is alleged).

Accordingly, we will not dismiss Dr. Grossman from the lawsuit at this time. As I indicated to you over the telephone, we would not have sued Dr. Grossman absent a good faith belief that Dr. Grossman can, and should, be held responsible for substantial damage that he caused Officer Espinoza. I appreciate your candor in discussing these matters with me at this early stage of litigation and I renew my offer to you that if Dr. Grossman agrees to file only an answer (no motions) as his responsive pleading, then I will grant a short (not to exceed 14 days) extension of time for him to do so.

Finally, we are willing to consider an early settlement of this matter as to your client. If you would like to discuss potential resolution, do not hesitate to contact me.

Sincerely,

*/s/ V.J.T.*

Vincent J. Tien, Attorneys for John Espinoza

**CADENA CHURCHILL LLP**
ATTORNEYS AT LAW
1202 KETTNER BLVD., SUITE 410
SAN DIEGO, CA 92101
Telephone: (619) 234-3776; Fax: (619) 234-3641
Tax ID 20-0169474

August 19, 2008

Espinoza v. Grossman, et al.

PROFESSIONAL SERVICES

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **FEES** | | | | |
| 3/24/2008 - | GSC | Telephone conference with client | 0.40<br>450.00/hr | 180.00 |
| 3/25/2008 - | RC | Review and analyze first amended complaint; preliminary research regarding available immunities; telephone conference with I. Grossman re complaint | 1.30<br>425.00/hr | 552.50 |
| 3/26/2008 - | CM | Research (Lexis) case law: Public official immunity, California statutes, City of Imperial Municipal Code | 4.00<br>150.00/hr | 600.00 |
| - | GSC | Draft letter to City of Imperial; e-mail to client | 0.40<br>450.00/hr | 180.00 |
| 3/27/2008 - | CM | Research; begin draft - motion to dismiss | 4.00<br>150.00/hr | 600.00 |
| 3/28/2008 - | CM | Draft motion to dismiss; review similar pleadings; research (public official immunity, defamation, psychiatrist liability) | 5.50<br>150.00/hr | 825.00 |
| 3/30/2008 - | CM | Add'l research (intentional infliction of emotional distress/defamation); complete draft motion to dismiss; email to G. Churchill and R. Cadena for review | 3.50<br>150.00/hr | 525.00 |
| 3/31/2008 - | GSC | Discuss motion to dismiss & Anti-SLAPP with client | 0.20<br>450.00/hr | 90.00 |
| - | GSC | Telephone conference with D. White; e-mail from D. White | 0.20<br>450.00/hr | 90.00 |

Espinoza v. Grossman, et al.

Page    2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2008 | RC | Review and revise motion to dismiss; telephone conference with G. Churchill re same; research re: Anti-SLAPP requirements | 1.40 425.00/hr | 595.00 |
| | GSC | Review lawsuit pleadings & analyze | 0.50 450.00/hr | 225.00 |
| 4/2/2008 | RC | Review and revise draft letter to V. Tien; telephone conference with V. Tien regarding request for extension to respond to complaint; e-mail to G. Churchill re same; review various e-mails to and from D. White and to and from I. Grossman; review and revise draft of motion to dismiss; e-mail same to D. White and G. Churchill | 1.20 425.00/hr | 510.00 |
| | GSC | Telephone conference with R. Cadena; e-mail memo to R. Cadena and D. White | 0.30 450.00/hr | 135.00 |
| 4/3/2008 | GSC | Review & analyze motion to dismiss draft; telephone conference & e-mail comments to D. White | 0.50 450.00/hr | 225.00 |
| | RC | Review correspondence from V. Tien; conference with G. Churchill re same | 0.20 425.00/hr | 85.00 |
| 4/4/2008 | GSC | Telephone conference and e-mail from client | 0.10 450.00/hr | 45.00 |
| | GSC | Meeting with client | 0.50 450.00/hr | 225.00 |
| 4/8/2008 | GSC | Review motion to dismiss; comments to client | 0.50 450.00/hr | 225.00 |
| 4/11/2008 | GSC | Telephone conference with client re: malpractice insurer; duty to defend issues | 0.20 450.00/hr | 90.00 |

SUBTOTAL:   [   24.90   6,002.50]

TOTAL FEES       24.90   $6,002.50

TOTAL AMOUNT DUE           $6,002.50

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Raul Cadena, Esq. | 4.10 | 425.00 | $1,742.50 |
| Colin Morris | 17.00 | 150.00 | $2,550.00 |
| Gordon S. Churchill | 3.80 | 450.00 | $1,710.00 |